**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

WYETH HOLDINGS CORPORATION, et al.,   )
                                   )
          Plaintiffs and Counterclaim  )
          Defendants,              )
                                   )   C.A. No. 09-955 (RGA)
          v.                      )
                                   )
SANDOZ INC.,                   )
          Defendant and         )
          Counterclaimant.      )

<u>**STIPULATION OF DISMISSAL**</u>

       IT IS HEREBY STIPULATED AND AGREED by and among Wyeth Holdings Corporation, Wyeth-Ayerst Lederle LLC and Wyeth LLC (collectively and severally, "Plaintiffs") as plaintiffs in Civil Action No. 09-955, and Sandoz Inc. ("Defendant"), as defendant, by their attorneys, that:

       1.       Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), all claims and counterclaims between Plaintiffs and Defendants are dismissed without prejudice.

       2.       Any protective orders entered by the Court shall remain in full force and effect notwithstanding the dismissal of this action.

       3.       The parties waive any right of appeal from this Order.

       4.       Each party shall bear its own costs and fees in the above-captioned actions.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Maryellen Noreika*

Jack B. Blumenfeld (#1014)
Maryellen Noreika (#3208)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
mnoreika@mnat.com

*Attorneys for Plaintiffs Wyeth Holdings Corp.,*
*Wyeth-Ayerst Lederle LLC, and Wyeth LLC*

OF COUNSEL:

Denise L. Loring
Sona De
ROPES & GRAY LLP
1211 Avenue of the Americas
New York, NY 10036-8704
(212) 596-9000

SHAW KELLER LLP

*Karen E. Keller*

John Shaw (#3362)
Karen E. Keller (#4489)
Shaw Keller LLP
300 Delaware Avenue
Suite 1120
Wilmington, DE  19801
302-298-0700
jshaw@shawkeller.com
kkeller@shawkeller.com

*Attorneys for Defendant Sandoz Inc.*

OF COUNSEL:

David C. Doyle
M. Andrew Woodmansee
E. Cary Miller
Marc Sharp
MORRISON & FOERSTER LLP
12531 High Bluff Drive, Suite 100
San Diego, CA  92130-2040
 (858) 720-5100

SO ORDERED this _____ day of February, 2013

_____
    United States District Court Judge